AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

WILLIAM LYONS,

      Plaintiff,

V.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-00339-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim upon which relief can be granted.

   February 4, 2009                                    **LANCE S. WILSON**
                                                                           Clerk

                                                              /s/ Kalani Lizares
                                                                  Deputy Clerk