# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM LYONS,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 3:08-CV-00339-LRH-(VPC)

**ORDER**

Petitioner has submitted a Motion for Transcript at State's Expense (#21). He asks for the transcript of February 23, 2009. The only thing that occurred in this action on that date was the transmittal of the record to the Court of Appeals, and the Clerk's certificate of the same. No transcripts can exist because the Court did not hold a hearing in this action.

IT IS THEREFORE ORDERED that Petitioner's Motion for Transcript at State's Expense (#21) is **DENIED**.

DATED this 21st day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE